

ORIGINAL

FILED

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232

FILED

SEP 1 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF LAUREN M. O'NEILL
FOR ADMISSION TO THE BAR OF THE STATE
OF MONTANA

O R D E R

---

Lauren M. O'Neill has filed a motion for admission to the Bar of the State of Montana pursuant to Rule III of the Rules for Admission, upon examination. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that O'Neill passed the July 2023 Bar Examination and that the Commission on Character and Fitness has certified that O'Neill has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Lauren M. O'Neill may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 19 day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices